# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| CARMELLA LABONNE, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | Case No.: 07-cv-727-bbc |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Carmella LaBonne's appeal is dismissed.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____9/3/08_____
Date